

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

July 16, 2020

*Via ECF*
Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application GRANTED. The initial pretrial conference is adjourned to October 7, 2020 at 11:30am.
>
> SO ORDERED.
> July 17, 2020
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

Re: *SEC v. Debo*, 20-cv-6 (PKC) (S.D.N.Y.)

Dear Judge Castel:

Plaintiff Securities and Exchange Commission ("Commission") and defendant Ulrik Debo ("Debo"), the sole defendant in this action, jointly request a 60-day adjournment of the initial pretrial conference currently scheduled for July 27, 2020. The Court previously granted two Commission requests to adjourn the initial pretrial conference (Doc. 10, 12).

As described in the Commission's March 9 and May 11, 2020 letters to Your Honor (Doc. 9, 11), the Commission made a request under the Hague Convention to serve Debo in the United Kingdom where he was being detained, but service was not effected. On June 12, Debo was extradited from the United Kingdom to face the charges in the criminal action, *United States v. Ciapala*, 19-cr-874 (GBD). He was arraigned on June 15, and an initial conference in the criminal action is scheduled for August 18.

The Commission was able to coordinate with Debo's criminal counsel, who has not entered an appearance in this Commission action, to have Debo waive service of process. Debo has signed the waiver of service form (Doc. 13), and he has until September 14 to respond to the complaint.

The Court's Initial Pretrial Conference Order, which scheduled a conference under Federal Rule of Civil Procedure 16, directed the parties to submit a joint letter five business days before the conference, which would be due on July 20. The Commission and Debo respectfully request that the Court adjourn the telephonic conference for 60 days. If the Court prefers to hold the conference on July 27 as scheduled, the Commission will endeavor to coordinate with Debo through his criminal counsel to prepare a joint letter or, if that does not work, can submit its own proposed scheduling letter by July 20.

Respectfully submitted,

*/s/ Paul G. Gizzi*

Paul G. Gizzi
Senior Trial Counsel
212-336-0077
gizzip@sec.gov