UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SECURITIES AND EXCHANGE COMMISSION,   :   NOTICE OF MOTION
:
- v. -   :   ECF Case
:
ULRIK DEBO,   :   No. 20 Civ. 0006 (PKC)
:
Defendant.   :
:
:
:
------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment in the criminal case *United States* v. *Ulrik Debo*, 19 Cr. 874 (GBD) (the "Criminal Case"); and the accompanying memorandum of law, the United States of America, by its attorney Audrey Strauss, Acting United States Attorney for the Southern District of New York, and Noah Solowiejczyk and Vladislav Vainberg, Assistant United States Attorneys, will move this Court for an order (i) to intervene in the above-captioned case, pursuant to Rule 24 of the Federal Rules of Civil Procedure, and (ii) to stay this matter in its entirety until the conclusion of the Criminal Case, as well as for such other relief as the Court deems just and proper.

Dated: New York, New York
       August 27, 2020

                                    AUDREY STRAUSS
                                    Acting United States Attorney

                                    /s/     Noah Solowiejczyk
                                    Noah Solowiejczyk
                                    Vladislav Vainberg
                                    Assistant United States Attorneys
                                    Telephone: (212) 637-2473/1029